UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF**  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORTEZ, REYNA | § | Case No. 15-14713 DLT |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 04/25/2015 .  The undersigned trustee was appointed on  04/25/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of   $       75,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,776.84 |
| Bank service fees | 173.60 |
| Other payments to creditors | 28,394.06 |
| Non-estate funds paid to 3rd Parties | 20,037.06 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 19,618.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  12/22/2015  and the deadline for filing governmental claims was  12/22/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,998.15 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,998.15 , for a total compensation of $ 5,998.15 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2017 _____      By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:     1

Exhibit A

| Case No: | 15-14713 | DLT | Judge: DEBORAH L. THORNE |
|---|---|---|---|

Case Name:     CORTEZ, REYNA

For Period Ending:  04/25/17

Trustee Name:               ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c):    04/25/15 (f)
341(a) Meeting Date:        06/15/15
Claims Bar Date:            12/22/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 714 Thunderbird Way S, Mattawa, WA 99349-2007 Prop JOINTLY OWNED HOUSE | 70,000.00 | 75,000.00 | | 75,000.00 | FA |
| 2. Financial Accounts Bank of America checking account | 400.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods Funiture and household goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel Debtors personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Pension / Profit Sharing 401 K | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles 2000 FORD TRUCK Expedition-V8 50,000 Miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Other Miscellaneous Mobile Home located at 815 E. Oakton St., Des Plaines, Il  60018 | 15,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $92,000.00 | $75,000.00 | | $75,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 4.4.2017

Trustee Report of Unclaimed Funds filed 3.21.17

Stop payment made 3.21.17-Check stale(over 90days)

TFR in progress

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-14713      DLT    Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CORTEZ, REYNA | Date Filed (f) or Converted (c): | 04/25/15 (f) |
| | | 341(a) Meeting Date: | 06/15/15 |
| | | Claims Bar Date: | 12/22/15 |

Resolving claims

TFR in progress

tax return filed

Accountant hired for preparation of taxes

Judgment entered authorizing sale of RE in its entirety.  RE Broker hired.  Land contract purchasers discovered living

in the RE.  trying to reach a resolution without sale of the RE. but no success as of 3-1-16

D appears to be a joint owner of RE in WA state

after unsuccessful efforts to contact the joint owner of the RE, TR filed adversary cx, return date is 10-28-15.  If

relief granted,

Asset notice has been filed; claims bar date is 12-15


Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 15-14713  -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CORTEZ, REYNA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2870  Checking Account |

| Taxpayer ID No: | *******6409 | | |
| For Period Ending: | 04/25/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/16 | 1 | KITTITAS TITLE AND ESCROW | SALE OF RE | | 39,837.13 | | 39,837.13 |
| | | 208 WEST 9TH STREET | | | | | |
| | | SUITE 6 | | | | | |
| | | ELLENSBURG WA 98926 | | | | | |
| | | 214 THUNDERBIRD WAY | Memo Amount:        75,000.00 | 1110-000 | | | |
| | | | SALE OF 214 THUNDERBIRD | | | | |
| | | RE LIENS | Memo Amount:     (      28,394.06 ) | 4110-000 | | | |
| | | | PAYOFF | | | | |
| | | REALTOR COMMINSION | Memo Amount:     (       4,500.00 ) | 3510-000 | | | |
| | | | COMISSION | | | | |
| | | RECORDING FEES | Memo Amount:     (       1,340.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | TITLE CHARGES AND PRORATIONS | Memo Amount:     (         928.81 ) | 2500-000 | | | |
| | | | TITLE CHARGES | | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.30 | 39,779.83 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.24 | 39,722.59 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.06 | 39,663.53 |
| * 12/16/16 | 010001 | MANLEY DEAS KOCHALSKI | PAYOFF OF NET PROCEEDS | 1210-003 | | 20,037.06 | 19,626.47 |
| | | ATTN: REINSTATEMENTS/PAYOFFS | o/c 07/01/2016 | | | | |
| | | 1555 LAKE SHORE DRIVE | | | | | |
| | | COLUMBUS, OH 43204 | | | | | |
| * 12/16/16 | 010001 | MANLEY DEAS KOCHALSKI | PAYOFF OF NET PROCEEDS | 1210-003 | | -20,037.06 | 39,663.53 |
| | | ATTN: REINSTATEMENTS/PAYOFFS | wrong name | | | | |
| | | 1555 LAKE SHORE DRIVE | | | | | |
| | | COLUMBUS, OH 43204 | | | | | |
| * 12/16/16 | 010002 | DONACIANO MALDONADO | 50% OF NET PROCEEDS | 4110-004 | | 20,037.06 | 19,626.47 |
| | | 2046 SPRUCE AVENUE | 214 SW Thunderbird Mattawa WA | | | | |
| | | DES PLAINES, IL 60018 | o/c 07/01/2016 | | | | |

Page Subtotals          39,837.13          20,210.66

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 19.07a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit B

Case No:        15-14713  -DLT
Case Name:      CORTEZ, REYNA

Taxpayer ID No:   *******6409
For Period Ending:  04/25/17

Trustee Name:               ANDREW J. MAXWELL, TRUSTEE
Bank Name:                  ASSOCIATED BANK
Account Number / CD #:      *******2870  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/17 | 010003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584 | 2300-000 | | 8.03 | 19,618.44 |
| 03/21/17 | 010004 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | unclaimed funds<br>50% of net proceeds<br>214 SW Thunderbird Mattawa WA<br>o/c 07/01/2016 | 8500-001 | | 20,037.06 | -418.62 |
| * 03/23/17 | 010002 | DONACIANO MALDONADO<br>2046 SPRUCE AVENUE<br>DES PLAINES, IL 60018 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4110-004 | | -20,037.06 | 19,618.44 |

|  |  |  |
|---|---|---|
| Memo Allocation Receipts: | 75,000.00 | |
| Memo Allocation Disbursements: | 35,162.87 | |
| Memo Allocation Net: | 39,837.13 | |

| COLUMN TOTALS | 39,837.13 | 20,218.69 | 19,618.44 |
|---|---|---|---|
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 39,837.13 | 20,218.69 | |
| Less:  Payments to Debtors | | 20,037.06 | |
| Net | 39,837.13 | 181.63 | |

| Total Allocation Receipts: | 75,000.00 |
|---|---|
| Total Allocation Disbursements: | 35,162.87 |
| Total Memo Allocation Net: | 39,837.13 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2870 | 39,837.13 | 181.63 | 19,618.44 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 39,837.13 | 181.63 | 19,618.44 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00            8.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 15-14713 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORTEZ, REYNA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2870  Checking Account |
| Taxpayer ID No: | *******6409 | | | |
| For Period Ending: | 04/25/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.07a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 25, 2017 |

Case Number:   15-14713
Debtor Name:   CORTEZ, REYNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>050<br>4110-00 | Umpqua Bank<br>1 Corporate Drive Suite 360<br>Lake Zurich, IL 60047 | Secured<br>(6-1) Total Arrears: $0.00 | <br>2221932870   08/02/16   10 | $0.00 | $28,225.25<br><br>28,394.06 | $28,394.06 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO,  IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $5,998.15 | $5,998.15 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $15,768.37 | $15,768.37 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $943.50 | $943.50 |
| 000<br>2700-00 | CLERK OF US BANKRUPTCY<br>COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $2,235.16 | $2,235.16 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(2-1) Unsecured Debt | | $0.00 | $445.85 | $445.85 |
| 000003<br>070<br>7100-00 | Springleaf Financial Services<br>of Illinois Inc<br>Springleaf Financial<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Unsecured | | $0.00 | $3,031.95 | $3,031.95 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,093.66 | $1,093.66 |
| 000005<br>070<br>7100-00 | Melchor and Alejandra Ledesma<br>Michael M Wyman, Wyman Law<br>2219 W Broadway Ave Suite A<br>Moses Lake, WA 98837 | Unsecured<br>(5-1) Modified on 12/22/15 to | | $0.00 | $28,000.00 | $28,000.00 |

| | EXHIBIT C | | | | |
|---|---|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | | | Date: April 25, 2017 |

Case Number:    15-14713

Debtor Name:    CORTEZ, REYNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 080 7200-00 | Capital One, N.A. c o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,134.36 | $1,134.36 |
| | Case Totals: | | | $0.00 | $87,226.25 | $87,395.06 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-14713 DLT
Case Name: CORTEZ, REYNA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                    $        19,618.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Umpqua Bank | $ 28,225.25 | $ 28,394.06 | $ 28,394.06 | $ 0.00 |

Total to be paid to secured creditors                 $              0.00

Remaining Balance                                      $         19,618.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 5,998.15 | $ 0.00 | $ 5,089.16 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 15,155.00 | $ 0.00 | $ 12,858.34 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 613.37 | $ 0.00 | $ 520.42 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 943.50 | $ 0.00 | $ 800.52 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses    $         19,618.44

Remaining Balance                                         $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,806.62  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 2,235.16 | $ 0.00 | $ 0.00 |
| 000002 | Quantum3 Group LLC as agent for | $ 445.85 | $ 0.00 | $ 0.00 |
| 000003 | Springleaf Financial Services | $ 3,031.95 | $ 0.00 | $ 0.00 |
| 000004 | Capital One, N.A. | $ 1,093.66 | $ 0.00 | $ 0.00 |
| 000005 | Melchor and Alejandra Ledesma | $ 28,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,134.36  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Capital One, N.A. | $          1,134.36 | $          0.00 | $          0.00 |

Total to be paid to tardy general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE