IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| REYNA CORTEZ, | ) | |
| | ) | No. 15-14713 |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | Chapter 7 |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants (list attached), and to the Debtor and each party having filed a proof of claim as shown on the attached service list, by depositing same in the United States Mail, postage prepaid, on or before May 2, 2017

                                                 */s/ Andrew J. Maxwell*

                                                 Andrew J. Maxwell (ARDC #1799150)
                                               **Maxwell Law Group, LLC**
                                               20 N. Clark Street, Suite 200
                                               Chicago, IL 60602
                                               312/368-1138

**Northern District of Illinois**
**Claims Register**
**15-14713 Reyna Cortez**

**Notice will be electronically mailed to:**
**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Keith Levy on behalf of Creditor Sterling Bank**
amps@manleydeas.com

**Todd J Ruchman on behalf of Creditor Umpqua Bank**
amps@manleydeas.com

**Karen Walin on behalf of Debtor 1 Reyna Cortez**
kwalin@chicagolegalllc.com, clifford7285@att.net;sskupien@chicagolegalllc.com;G7531@notify.cincompass.com

**Service list**
American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Springleaf Financial Services
of Illinois Inc
Springleaf Financial
P.O. Box 3251
Evansville, IN 47731-3251

Capital One, N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Melchor and Alejandra Ledesma
Michael M Wyman, Wyman Law
2219 W Broadway Ave Suite A
Moses Lake, WA 98837

Capital One, N.A.
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Reyna Cortez
815 E Oakton St
Lot 13
Des Plaines IL 60018