UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORTEZ, REYNA | § | Case No. 15-14713 DLT |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 22,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 28,394.06 | Claims Discharged Without Payment: 35,940.98 |
| Total Expenses of Administration: 26,568.88 | |

3) Total gross receipts of $ 75,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,037.06  (see **Exhibit 2**), yielded net receipts of $ 54,962.94  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 28,225.25 | $ 28,394.06 | $ 28,394.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,010.46 | 30,010.46 | 26,568.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 35,940.98 | 35,940.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 94,176.69 | $ 94,345.50 | $ 54,962.94 |

4) This case was originally filed under chapter 7 on 04/25/2015 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | Non-Estate Funds Paid to Third Parties | 8500-001 | 20,037.06 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20,037.06** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | UMPQUA BANK | 4110-000 | NA | 28,225.25 | 28,394.06 | 28,394.06 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 28,225.25** | **$ 28,394.06** | **$ 28,394.06** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 5,998.15 | 5,998.15 | 5,089.16 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 8.03 | 8.03 | 8.03 |
| RECORDING FEES | 2500-000 | NA | 1,340.00 | 1,340.00 | 1,340.00 |
| TITLE CHARGES AND PRORATIONS | 2500-000 | NA | 928.81 | 928.81 | 928.81 |
| ASSOCIATED BANK | 2600-000 | NA | 173.60 | 173.60 | 173.60 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 15,155.00 | 15,155.00 | 12,858.34 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 613.37 | 613.37 | 520.42 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 943.50 | 943.50 | 800.52 |
| REALTOR COMMINSION | 3510-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,010.46 | $ 30,010.46 | $ 26,568.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,235.16 | 2,235.16 | 0.00 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,093.66 | 1,093.66 | 0.00 |
| 000005 | MELCHOR AND ALEJANDRA LEDESMA | 7100-000 | NA | 28,000.00 | 28,000.00 | 0.00 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 445.85 | 445.85 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | NA | 3,031.95 | 3,031.95 | 0.00 |
| 000007 | CAPITAL ONE, N.A. | 7200-000 | NA | 1,134.36 | 1,134.36 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 35,940.98 | $ 35,940.98 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-14713 DLT Judge: DEBORAH L. THORNE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CORTEZ, REYNA | Date Filed (f) or Converted (c): 04/25/15 (f) |
| | | 341(a) Meeting Date: 06/15/15 |
| For Period Ending: | 07/11/17 | Claims Bar Date: 12/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 714 Thunderbird Way S, Mattawa, WA 99349-2007 Prop JOINTLY OWNED HOUSE | 70,000.00 | 75,000.00 | | 75,000.00 | FA |
| 2. Financial Accounts Bank of America checking account | 400.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods Funiture and household goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel Debtors personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Pension / Profit Sharing 401 K | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles 2000 FORD TRUCK Expedition-V8 50,000 Miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Other Miscellaneous Mobile Home located at 815 E. Oakton St., Des Plaines, Il 60018 | 15,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $92,000.00 | $75,000.00 | | $75,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed hearing 6.7.2017

TFR submitted 4.4.2017; UST comments re deferred fee (which didn't appear on the report we ran in January) to be added,

added and resubmitted 4-25-17

Trustee Report of Unclaimed Funds filed 3.21.17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 20.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 15-14713   DLT   Judge: DEBORAH L. THORNE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: CORTEZ, REYNA | Date Filed (f) or Converted (c): 04/25/15 (f) |
| | 341(a) Meeting Date: 06/15/15 |
| | Claims Bar Date: 12/22/15 |

Stop payment made 3.21.17-Check stale(over 90days), to be deposited with clerk

TFR in progress

Resolving claims

tax return filed

Accountant hired for preparation of taxes

Judgment entered authorizing sale of RE in its entirety.  RE Broker hired.  Land contract purchasers discovered living

in the RE.  trying to reach a resolution without sale of the RE. but no success as of 3-1-16

D appears to be a joint owner of RE in WA state

after unsuccessful efforts to contact the joint owner of the RE, TR filed adversary cx, return date is 10-28-15.  If

relief granted,

Asset notice has been filed; claims bar date is 12-15


Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 04/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 15-14713 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CORTEZ, REYNA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2870 Checking Account |
| Taxpayer ID No: | *******6409 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/16 | 1 | KITTITAS TITLE AND ESCROW<br>208 WEST 9TH STREET<br>SUITE 6<br>ELLENSBURG WA 98926 | SALE OF RE | | 39,837.13 | | 39,837.13 |
| | | 214 THUNDERBIRD WAY | Memo Amount: 75,000.00<br>SALE OF 214 THUNDERBIRD | 1110-000 | | | |
| | | RE LIENS | Memo Amount: ( 28,394.06 )<br>PAYOFF | 4110-000 | | | |
| | | REALTOR COMMINSION | Memo Amount: ( 4,500.00 )<br>COMISSION | 3510-000 | | | |
| | | RECORDING FEES | Memo Amount: ( 1,340.00 )<br>RECORDING FEES | 2500-000 | | | |
| | | TITLE CHARGES AND PRORATIONS | Memo Amount: ( 928.81 )<br>TITLE CHARGES | 2500-000 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.30 | 39,779.83 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.24 | 39,722.59 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.06 | 39,663.53 |
| * 12/16/16 | 010001 | MANLEY DEAS KOCHALSKI<br>ATTN: REINSTATEMENTS/PAYOFFS<br>1555 LAKE SHORE DRIVE<br>COLUMBUS, OH 43204 | PAYOFF OF NET PROCEEDS<br>o/c 07/01/2016 | 1210-003 | | 20,037.06 | 19,626.47 |
| * 12/16/16 | 010001 | MANLEY DEAS KOCHALSKI<br>ATTN: REINSTATEMENTS/PAYOFFS<br>1555 LAKE SHORE DRIVE<br>COLUMBUS, OH 43204 | PAYOFF OF NET PROCEEDS<br>wrong name | 1210-003 | | -20,037.06 | 39,663.53 |
| * 12/16/16 | 010002 | DONACIANO MALDONADO<br>2046 SPRUCE AVENUE<br>DES PLAINES, IL 60018 | 50% OF NET PROCEEDS<br>214 SW Thunderbird Mattawa WA<br>o/c 07/01/2016 | 4110-004 | | 20,037.06 | 19,626.47 |

Page Subtotals 39,837.13 20,210.66

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-14713 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CORTEZ, REYNA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2870  Checking Account |
| Taxpayer ID No: | *******6409 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/17 | 010003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584 | 2300-000 | | 8.03 | 19,618.44 |
| 03/21/17 | 010004 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | unclaimed funds<br>50% of net proceeds<br>214 SW Thunderbird Mattawa WA<br>o/c 07/01/2016 | 8500-001 | | 20,037.06 | -418.62 |
| * 03/23/17 | 010002 | DONACIANO MALDONADO<br>2046 SPRUCE AVENUE<br>DES PLAINES, IL 60018 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4110-004 | | -20,037.06 | 19,618.44 |
| 06/07/17 | 010005 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 19,268.44 |
| 06/07/17 | 010006 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee Compensation<br>c/o 6/6/2017 | 2100-000 | | 5,089.16 | 14,179.28 |
| 06/07/17 | 010007 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Tr Fees & Expenses<br>c/o 6/6/2017 | | | 13,378.76 | 800.52 |
| | | | Fees          12,858.34 | 3110-000 | | | |
| | | | Expenses        520.42 | 3120-000 | | | |
| 06/07/17 | 010008 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees<br>c/o 6/6/2017 | 3410-000 | | 800.52 | 0.00 |

Page Subtotals          0.00          19,626.47

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-14713 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CORTEZ, REYNA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2870 Checking Account |
| Taxpayer ID No: | *******6409 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 75,000.00 | COLUMN TOTALS | 39,837.13 | 39,837.13 | 0.00 |
| Memo Allocation Disbursements: | 35,162.87 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 39,837.13 | 39,837.13 | |
| Memo Allocation Net: | 39,837.13 | Less: Payments to Debtors | | 20,037.06 | |
| | | Net | 39,837.13 | 19,800.07 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 75,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 35,162.87 | Checking Account - *******2870 | 39,837.13 | 19,800.07 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 39,837.13 | | 39,837.13 | 19,800.07 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*